FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01150-PAB

JEFFREY STACKER,

      Plaintiff,

v.

J. M. WILNER, Warden, FCI Florence,
SCHOFIELD, Food Service Administrator, FCI Florence,
CONDIFF, Food Service Supervisor, FCI Florence,
M.D. SANTINI, Contracted at FCI Florence,
P.A. RITTER, Medical Provider, FCI Florence, and
P.A. VINEYARD, Medical Service Provider,

      Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter comes before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain

a waiver of service from the defendants. If unable to do so, the United States Marshal

shall serve a copy of the complaint, summons, order granting leave to proceed pursuant

to 28 U.S.C. § 1915, and all other orders upon the defendants. All costs of service shall

be advanced by the United States.

DATED October 25, 2010.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-01150-PAB-MEH

Jeffrey Stacker
Doc No. 05626-051
c/o Salvation Army
105 S. Ashland Ave
Chicago, IL 60607

US Marshal Service
Service Clerk
Service forms for: J.M. Wilner, Warden, Mr. Schofield, Mr. Condiff, M.D.Santini, P.A. Ritter, and P.A. Vineyard

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**


I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms service forms for process on:J.M. Wilner, Warden, Mr. Schofield, Mr. Condiff, M.D.Santini, P.A. Ritter, and P.A. Vineyard; The United States Attorney General; to the United States Attorney's Office: AMENDED COMPLAINT FILED 10/19/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on __10/27/10__.

GREGORY C. LANGHAM, CLERK

By:_____
                          Deputy Clerk